UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

IN RE:

KENNETH LUIS DELFINO, JR.            CASE NO. 2:16-cv-00072-D

ORDER DISMISSING APPEAL

  The matter before the court is the notice of appeal filed on September 21, 2016 by Kenneth Luis Delfino, Jr. from the court's order of September 7, 2016 granting in rem relief from the automatic stay and dismissing case.

  The court finds that the appellant failed to file the designation of items to be included in the record on appeal as required by Rule 8006 of the Federal Rules of Bankruptcy Procedure. By memorandum dated September 21, 2016, the bankruptcy court directed the appellant's attention to this rule; however the designation has not been filed.

  Accordingly, the notice of appeal filed by Kenneth Luis Delfino, Jr. filed September 21, 2016 is hereby DISMISSED.

  SO ORDERED. This 22 day of February 2017.

JAMES C. DEVER III<br>
Chief United States District Judge