FILED: May 5, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1283
(2:16-cv-00072-D)
(U.S. Bankr. Ct. 16-04161-5-JNC)

_____

KENNETH LUIS DELFINO, JR.

      Debtor - Appellant

v.

BRANCH BANKING & TRUST COMPANY

      Creditor - Appellee

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk